**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> David Emilio Cuevas-Sotelo, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 15-2148-TUC-CKJ <br><br> **ORDER** |

The Clerk of Court has provided the Court with a document submitted by David Emilio Cuevas-Sotelo ("Cuevas-Sotelo"). Although the first page is in English, the body of the document is in Spanish. The Court will accept the document and direct the Clerk of Court to docket the document. However, the Local Rule provides that all papers are to "be written in the English language[.]" LRCiv 7.1(b)(1). The Court, therefore, will only consider the English portion of the document, i.e., the first page.

The first page of the document states it is a Motion for a Federal Public Defender. The Court notes that Cuevas-Sotelo previously submitted a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) Compassionate Release and the First Step Act Pro Se Prisoner (Doc. 234). However, this Motion has been denied and there is no pending action before the Court. The Court, therefore, will deny the request for an attorney.

Additionally, the address included on the document submitted by Cuevas-Sotelo differs from the address that was provided on the Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) Compassionate Release and the First Step Act Pro Se Prisoner (Doc. 234). The Court's ruling on that motion was sent to Cuevas-Sotelo's former address and was

returned as undeliverable. The Court will direct the Clerk of Court to mail a copy of the May 4, 2021, Order denying the Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) Compassionate Release and the First Step Act Pro Se Prisoner (Doc. 234) to Cuevas-Sotelo.

Accordingly, IT IS ORDERED:

1. The Clerk of Court shall docket the papers submitted by Cuevas-Sotelo as a Motion for a Federal Public Defender.

2. The Motion for a Federal Public Defender is DENIED.

3. The Clerk of Court shall mail a copy of this order and the May 4, 2021, Order (Doc. 239) to Cuevas-Sotelo at the following address:

> David Emilio Cuevas-Sotelo Reg. No. 52579-408
> Victorville Federal Correctional Institution No. I
> P.O. Box. 3725
> Adelanto, CA 92301

DATED this 2nd day of August, 2021.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge

- 2 -